UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DENISE SZANY, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17 CV 74 |
| JAIME GARCIA and CITY OF HAMMOND, | ) |
| Defendants. | ) |

## OPINION and ORDER

On February 24, 2019, plaintiff Denise Szany filed a motion for sanctions against defendant City of Hammond for "withholding evidence." (DE # 157.) Two days later, Szany filed an amended version of the same motion. (DE # 159.)

Accordingly, the court **DENIES** the original motion (DE # 157) as moot. Moreover, pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1, the undersigned now **REFERS** plaintiff's amended motion (DE # 159) to United States Magistrate Judge Joshua P. Kolar—who shall conduct any and all proceedings necessary, including any necessary hearing(s)—for a **REPORT and RECOMMENDATION** on the disposition of plaintiff's motion.

**SO ORDERED**.

Date: February 27, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT