# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTINE SZANY (Termed: 8/04/2017) and
DENISE SZANY

        Plaintiffs

  v.

**Civil Action No. 2:17-cv-74**

JAIME GARCIA and
CITY OF HAMMOND

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: <u>FINAL JUDGMENT IS ENTERED in favor of Defendant City of Hammond and against Plaintiff Denise Szany. The claims against Jaime Garcia are DISMISSED without prejudice.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Motions for Summary Judgment.

DATE: 5/28/2020                         ROBERT N. TRGOVICH, CLERK OF COURT

                                                                        by   s/ B. Scheumann
                                                                        *Signature of Clerk or Deputy Clerk*