IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN INDIANA

| | |
|---|---|
| **DENISE SZANY,** | ) CASE:  2:17cv00074 |
|     PLAINTIFF, | ) |
|     v. | ) JUDGE SIMON |
| **CITY OF HAMMOND, JAIME GARCIA,** | ) |
|     DEFENDANTS. | ) MAG. JUDGE KOLAR |

### PLAINTIFF'S NOTICE OF APPEAL OF DKT. 374

NOW COMES Plaintiff Szany, by counsel, Christopher Cooper, and appeals a final judgment of the District Court entered May 28, 2020. Namely, Dkt. 374 (as well as Dkt 375, the accompanying judgment dated May 28, 2020), the Court's grant of summary judgment for Defendant Hammond and the denial of [related] relief. The denials are found in Dkt. 374 (entered May 28, 2020 and pertain to relief requested in Dkt. 325, the Plaintiff's motion to strike the affidavit of Captain Jeff Long; Dkt. 326 in which Plaintiff sought to amend; and Dkt. 364 in which the district court was asked to overrule Dkt. 363, the magistrate's order). Additionally, Plaintiff appeals Dkt. 249 (5-17-2019), and Dkt. 301 (9-30-2019). Both are opinions\orders dismissing a count pursuant to F.R.C.P. 12(b)(6).

DATED: 5.28.2020
Respectfully Submitted,
s\Christopher Cooper, ESQ., Plaintiff's Counsel
Law Office of Christopher Cooper, INC.
105 West Madison Street, Suite 1350, Chicago, IL 60602 [or]
426 N. Broad St., Griffith, IN 46319
Tel: 312 473 2968; 219 228 4396 FAX: 866 334 7458; cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE:  The undersigned affirms that he filed the foregoing on ECF on 5.29.2020 and that Defendants are registered e-filers.
s\Christopher Cooper